Michael W. McKelleb, Esq., SBN 12040
Troy R. Dickerson, Esq., SBN 9381
ANGIUS & TERRY LLP
9127 W. Russell Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com
*Attorneys for Defendant Granite Crest Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, a national bank,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC REALTY GROUP, LLC, a Nevada limited liability company; GRANITE CREST HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:18-cv-00915-JAD-GWF<br><br>**STIPULATED DISCLAIMER OF INTEREST AND DISMISSAL OF DEFENDANT GRANITE CREST HOMEOWNERS ASSOCIATION**<br><br>ECF No. 10 |

    COMES NOW, Defendant GRANITE CREST HOMEONWERS ASSOCIATION (the "**Granite Crest**"), by and through its counsel, ANGIUS & TERRY LLP, and plaintiff, U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS ("**U.S. Bank**"), by and through its counsel, ZIEVE, BRODNAX & STEELE, LLP, and hereby stipulate and agree as follows:

1

1. **WHEREAS**, U.S. Bank filed its Complaint in this matter on May 18, 2018, asserting claims against Grantie Crest for declaratory relief and quiet title as part of its first claim for relief;

2. **WHEREAS**, Granite Crest reviewed U.S. Bank's Complaint and determined that U.S. Bank's first claim for relief does not seek monetary claims against Granite Crest, but is limited to requesting declaratory relief and for quiet title, as alleged in the aforementioned Complaint;

3. **WHEREAS**, Granite Crest determined that other than ongoing obligations under certain Conditions Covenants and Restrictions ("**CC&Rs**") that run with the land, Granite Crest has no present interest in the property which is the subject of this action, and therefore no interest in this matter, including any interest in any determination this Court may make in relation to declaratory relief and/or quiet title, except that a determination of this Court has the potential to result in the renewal of previously held rights; nevertheless, Granite Crest claims no current interest, title, or rights in relation to the subject property, except as otherwise specified above;

4. **WHERAS**, to the extent Granite Crest may have any legally recognized current interest, right, or title in relation to U.S. Bank's causes of action and/or claim(s) for relief, Granite Crest hereby disclaims any such right, interest, or title, and therefore disclaims any interest in any determination, order, and/or judgment this Court may issue in relation to U.S. Bank's quiet title and/or declaratory relief causes of action;

5. **WHEREAS** the foregoing notwithstanding, Granite Crest acknowledges and agrees that even though it disclaims any interest, right, or title in relation to U.S. Bank's causes of action, it nevertheless agrees it shall be bound by any determination, order, and/or judgment this Court may issue in relation to said claims;

6. **WHEREAS**, U.S. Bank, having reviewed the foregoing, agrees and verifies that it does not seek monetary relief from Granite Crest in relation to any of its causes of action against Granite Crest whatsoever;

ANGIUS & TERRY LLP
9127 W. Russell Rd.
Suite 220
Las Vegas, NV 89148
(702) 990-2017

7.  **NOW THEREFORE**, based upon the representations, agreements, and stipulations contained herein, U.S. Bank and Granite Crest hereby stipulate and agree that following Granite Crest's disclaimer of interest and agreement to be bound by any non-monetary order of this Court, that Granite Crest shall be dismissed from this matter, with each party bearing their own costs;

8.  **NOW THEREFORE,** Granite Crest's dismissal from this action notwithstanding, Granite Crest nevertheless agrees to voluntarily make its "person most knowledgable" available for any deposition and trial on the merits in this matter and to further participate in requests for documents from any party in this matter, without requiring the imposition of a subpoena.

Respectfully submitted this 6th day of July, 2018, by:

| ANGIUS & TERRY LLP | ZIEVE, BRODNAX & STEELE, LLP |
|---|---|
| /s/ Michael W. McKelleb | /s/ J. Stephen Dolembo |
| Michael W. McKelleb, Esq., SBN 12040 | Shadd A. Wade, Esq., SBN 11310 |
| Troy R. Dickerson, Esq., SBN 9381 | J. Stephen Dolembo, Esq., SBN 9795 |
| 9127 W. Russell Rd., Suite 220 | 9435 W. Russell Rd., Ste. 120 |
| Las Vegas, NV 89148 | Las Vegas, NV 89148 |
| Telephone: (702) 990-2017 | T: (702) 948-8565 |
| Facsimile: (702) 990-2018 | F: (702) 446-9898 |
| mmckelleb@angius-terry.com | sdolembo@zbslaw.com |
| *Attorneys for Third Party Defendant* | *Attorneys for Plaintiff* |
| *Granite Crest Homeowners Association* | *U.S. Bank, N.A.* |

## ORDER

**IT IS SO ORDERED.** All claims against Granite Crest are dismissed, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2018

ANGIUS & TERRY LLP
9127 W. Russell Rd.
Suite 220
Las Vegas, NV 89148
(702) 990-2017